WWR# 040999530

FILED
8/24/22 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| Shawn Patrick Miller ) | Bankruptcy No. 21-10072-TPA |
| Debtor, ) | |
| ) | Chapter 13 |
| Citizens Bank, N.A., ) | |
| Movant, ) | Hearing Date: 09/14/2022 |
| ) | Hearing Time: 9:30 a.m. |
| v. ) | |
| ) | Related to Doc. No. 36 |
| Shawn Patrick Miller DEBTOR, ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
| Respondents. ) | |

**ORDER ON MOTION BY CITIZENS BANK, N.A. FOR WAIVER FROM REQUIREMENT TO FILE NOTICES OF MORTGAGE PAYMENT CHANGE UNDER FED. BANKR. RULE 3002.1(B)(1)**

AND NOW, this __24th__ day of __August__, 2022, upon failure of the Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel):

It is ORDERED and DECREED that Citizens Bank, N.A. be and is hereby granted a waiver of the requirement to file Notices of Mortgage Payment Change for Claim No. 1.

It is FURTHER ORDERED and DECREED that Citizens Bank, N.A. is permitted to send monthly statements to Debtor concerning the Mortgage that is the subject of Claim No. 1.

HONORABLE THOMAS P. AGRESTI
U.S. BANKRUPTCY JUDGE

nms

CC:
Movant's Counsel:
Garry Masterson, 965 Keynote Circle, Cleveland, OH 44131

United States Trustee, at ustpregion03.ha.ecf@usdoj.gov

Trustee:
Ronda J. Winnecour, inquiries@chapter13trusteewdpa.com

Debtors Attorney:
Daniel P. Foster, dan@mrdebtbuster.com

Debtor:
Shawn Patrick Miller, 2431 Liberty St., Erie, PA 16502

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10072-TPA |
| Shawn Patrick Miller | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Aug 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shawn Patrick Miller, 2431 Liberty Street, Erie, PA 16502-2544 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Shawn Patrick Miller dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5