WWR # 040999530

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| Shawn Patrick Miller, | ) |
| | )   Bankruptcy No. 21-10072-JAD |
| Debtor, | ) |
| | )   Chapter 13 |
| Citizens Bank, N.A., | ) |
| Movant, | )   Related Document No.36, 39 |
| | ) |
| v. | ) |
| Shawn Patrick Miller, Debtor, | ) |
| Ronda J. Winnecour, Trustee, | ) |
| Respondents. | ) |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING**
**CONSENT ORDER ON MOVANTS MOTION FOR WAIVER FROM REQUIREMENT TO FILE**
**NOTICES OF MORTGAGE PAYMENT CHANGE UNDER FED. BANKR. RULE 3002.1(B)(1)**

The undersigned hereby certifies that agreement has been reached with the Debtor regarding the Motion filed on 08/03/2022.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions or signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the court.

☒ No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

DATED: 10/07/2022

By:    /s/Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com

WWR # 040999530

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| Shawn Patrick Miller, | ) |
|                  Debtor, | ) Bankruptcy No. 21-10072-JAD |
| | ) |
| Citizens Bank, N.A., | ) Chapter 13 |
|                  Movant, | ) Related Document No.36, 39 |
| | ) |
|                  v. | ) |
| Shawn Patrick Miller, Debtor, | ) |
| Ronda J. Winnecour, Trustee, | ) |
|                Respondents. | ) |

**STIPULATION RESOLVING MOTION FOR WAIVER FROM REQUIREMENT TO FILE NOTICES OF MORTGAGE PAYMENT CHANGE UNDER FED. BANKR. RULE 3002.1(B)(1)**

NOW this _____ day of _____, 2022, upon agreement of the parties; it is

ORDERED, ADJUDGED AND DECREED:

1. That with regard to the Debtor's mortgage referenced in Proof of Claim No. 1, the monthly payment in this bankruptcy case is set at $250.00 commencing with the October 2022 payment.

2. The Movant is excused from filing Notices of Mortgage Payment Change unless the payment due would be greater than $250.00. If a monthly payment due were to exceed $250.00, Movant would need to file Notices of Mortgage Payment Change or come to agreement with the Chapter 13 Trustee and Debtor regarding a new set payment amount and memorialize through stipulation.

3. The Movant may provide statements to the Debtor for informational purposes only.

 

_____
JEFFERY A. DELLER
United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Garry Masterson | /s/ Daniel P. Foster | /s/ James Warmbrodt |
| Attorney for Movant | Attorney For Debtor | For Trustee Ronda J. Winnecour |
| Garry Masterson Bar No. CA297208 | Daniel P. Foster | 600 Grant St. |
| 965 Keynote Circle | 1210 Park Ave. | Suite 3250 |
| Cleveland, OH 44131 | Meadville, PA 16335-3110 | Pittsburgh, PA 15219-2719 |
| 216-672-6984 | dan@mrdebtbuster.com | cmecf@chapter13trusteewdpa.com |
| gmasterson@weltman.com | | |