WWR # 040999530

FILED
10/11/22 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Shawn Patrick Miller,<br>          Debtor,<br><br>Citizens Bank, N.A.,<br>          Movant,<br><br>          v.<br>Shawn Patrick Miller, Debtor,<br>Ronda J. Winnecour, Trustee,<br>          Respondents. | Bankruptcy No. 21-10072-JAD<br><br>Chapter 13<br><br>Related Document No. 36, 39 |

**STIPULATION RESOLVING MOTION FOR WAIVER FROM REQUIREMENT TO FILE NOTICES OF MORTGAGE PAYMENT CHANGE UNDER FED. BANKR. RULE 3002.1(B)(1)**

NOW this \_\_\_\_11th\_\_\_\_ day of \_\_October\_\_, 2022, upon agreement of the parties; it is ORDERED, ADJUDGED AND DECREED:

1. That with regard to the Debtor's mortgage referenced in Proof of Claim No. 1, the monthly payment in this bankruptcy case is set at $250.00 commencing with the October 2022 payment.

2. The Movant is excused from filing Notices of Mortgage Payment Change unless the payment due would be greater than $250.00. If a monthly payment due were to exceed $250.00, Movant would need to file Notices of Mortgage Payment Change or come to agreement with the Chapter 13 Trustee and Debtor regarding a new set payment amount and memorialize through stipulation.

3. The Movant may provide statements to the Debtor for informational purposes only.

_____ dak
JEFFERY A. DELLER
United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Garry Masterson | /s/ Daniel P. Foster | /s/ James Warmbrodt |
| Attorney for Movant | Attorney For Debtor | For Trustee Ronda J. Winnecour |
| Garry Masterson Bar No. CA297208 | Daniel P. Foster | 600 Grant St. |
| 965 Keynote Circle | 1210 Park Ave. | Suite 3250 |
| Cleveland, OH 44131 | Meadville, PA 16335-3110 | Pittsburgh, PA 15219-2719 |
| 216-672-6984 | dan@mrdebtbuster.com | cmecf@chapter13trusteewdpa.com |
| gmasterson@weltman.com | | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10072-JAD |
| Shawn Patrick Miller | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shawn Patrick Miller, 2431 Liberty Street, Erie, PA 16502-2544 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Shawn Patrick Miller dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank N.A. pitecf@weltman.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5